JENNIE COHEN, Respondent, v. ISAK REISS REALTY CORPORATION, Appellant.

— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs. It is our opinion that the interests of substantial justice require that the two cases be tried together. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.